UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   M.J. No. 04- M00074-LPC |
| | )                  04-M00075-LPC |
| SEKOU SILLAH, a/k/a SEKOU SYLLA, | ) |
| | ) |
| Defendant. | ) |

## MOTION TO SEAL

The United States hereby requests this Court to seal the attached Criminal Complaint and Affidavit, Arrest Warrant, Search Warrant Application and Affidavit, Search Warrant, any Order of the Court regarding the aforementioned documents, this Motion and any other papers in conjunction with this matter until further Order of the Court. As grounds therefor, the government states that release of these matters may jeopardize the arrest of the Defendant, seizure of the property sought to be seized, and the ongoing criminal investigation.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
GREGORY MOFFATT
Assistant U.S. Attorney
617-748-3370

DATE: October 29, 2004

10/31/04 - Motion allowed - [signature] L.P.C. U.S.M.J.