UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES          )
                       )
        v.             )
                       )   M.J. No. 04-M-0075-LPC
SEKOU SILLAH, a/k/a    )
SEKOU SYLLA,           )
        Defendant.     )
                       )

## MOTION TO UNSEAL

The United States, by and through United States Attorney Michael J. Sullivan and the undersigned Assistant United States Attorney, hereby respectfully moves the Court to unseal the complaint, arrest warrant and search warrant in the above-captioned matter. As grounds therefor, the government states that the Defendant was arrested on November 1, 2004, and the search warrant has been executed. Accordingly, there is no further reason to keep the matter sealed.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Gregory Moffatt
GREGORY MOFFATT
Assistant U.S. Attorney

November 1, 2004