AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

SEKOU SILLAH a/k/a SEKOU SYLLA

## WARRANT FOR ARREST

CASE NUMBER: 04-M-6074-LPC

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   SEKOU SILLAH a/k/a SEKOU SYLLA
                                            Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
criminal copyright infringement; trafficking in counterfeit goods; and operating an unlicensed money remitting business

in violation of
Title          18          United States Code, Section(s) 2319, 2320 and 1960

LAWRENCE P. COHEN
Name of Issuing Officer

*[signature]*
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

10-__-2004    Boston, Massachusetts
Date and Location

Bail fixed at $ _____ by _____
                                    Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 11/1/04 | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.