# FINANCIAL AFFIDAVIT

IN UNITED STATES  ☒ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF: US v.s. Sillah

FOR:
AT:

LOCATION NUMBER:

PERSON REPRESENTED (Show your full name): Sekoo Sillah

1. ☒ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate: 04-74
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony  ☐ Misdemeanor

## ASSETS

**EMPLOYMENT**
Are you now employed? ☐ Yes  ☐ No  ☒ Am Self-Employed
Name and address of employer: _refused, on advice of counsel_
IF YES, how much do you earn per month? $ ___
IF NO, give month and year of last employment
How much did you earn per month? $ ___

If married is your Spouse employed? ☐ Yes  ☒ No
IF YES, how much does your Spouse earn per month? $ ___
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED $ ___  SOURCES: _refused on advice of counsel_

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☒ Yes  ☐ No  IF YES, state total amount $ _approx. $1000 in bank_

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☒ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: ___  DESCRIPTION: ___

## DEPENDENTS

MARITAL STATUS:
- SINGLE
- ☒ MARRIED
- WIDOWED
- SEPARATED OR DIVORCED

Total No. of Dependents: 7

List persons you actually support and your relationship to them: _wife in W. Africa and six children_

## OBLIGATIONS & DEBTS

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

APARTMENT OR HOME:

| Creditors | Total Debt | Monthly Payt |
|---|---|---|
| credit card debt approx. | $20,000 | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 11/6/04

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ [signature]