UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>SEKOU SILLAH, a/k/a )<br>SEKOU SYLLA )<br>)<br>)<br>Defendant )<br>_____) | **05 CR 10161 RCL**<br>Crim. No. 05-<br><br>VIOLATIONS: 18 U.S.C. § 1960<br>(Unlicensed Money Remitting)<br>28 U.S.C. § 2461 (Criminal<br>Forfeiture) |

**INFORMATION**

**COUNT I:**  18 U.S.C. § 1960 (Unlicensed Money Remitting)

The United States Attorney charges:

From in or about March 2002, until November 1, 2004, at Boston, within the District of Massachusetts, and elsewhere,

SEKOU SILLAH, a/k/a SEKOU SYLLA

Defendant herein, did knowingly conduct, control, manage, supervise, direct, or own all or part of an unlicensed money transmitting business, and did transmit $1,392,167.00, more or less, during that period,

all in violation of 18 U.S.C. § 1960.

-1-

## FORFEITURE ALLEGATION
### (18 U.S.C. §982(a)(1) and 28 U.S.C. §2461 -- Criminal Forfeiture)

The United States Attorney further charges that:

1. As a result of committing the offense alleged in Count One of this Information

**SEKOU SILLAH,**

defendant herein, shall forfeit to the United States, pursuant to 18 U.S.C. §9824(a)(1) and 28 U.S.C. §2461, any property, real or personal, involved in such offense, and any property traceable to such property.

Such property includes, but is not limited to, the following:

1. Two money orders with a total face value of $674.00;
2. $38,299.00 in United States currency; and
3. 1075 counterfeit and pirated CDs and DVDs, more or less.

2. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. §853(p), as incorporated by 28 U.S.C. §2461(c), to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property.

All in violation of Title 18, United States Code, Section 982(a)(1) and Title 28, United States Code Section 2461.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
GREGORY MOFFATT
Assistant U.S. Attorney
617-748-3370

DATED: June 24, 2005

◆JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

05CR 10161 RCL

District Court Case Number (To be filled in by deputy clerk): 05CR 10161 RCL

Name of Defendant   Sekou SILLAH, a/k/a Sekou SYLLA

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. § 1960 | Unlicensed Money Remitting | 1 |
| Set 2  18 U.S.C. § 982(a)(1) | Forfeiture Allegation | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

✤JS 45 (5/97) - (Revised USAO MA 1/15/    05 CR

**Criminal Case Cover Sheet**                                    U.S. District Court - District of Massachusetts

Place of Offense: __Boston__        Category No. __III__        Investigating Agency __I.C.E./U.S.P.I.S.__

City __Boston__                     Related Case Information:

County __Suffolk__                  Superseding Ind./ Inf. _____    Case No. _____
                                    Same Defendant _____    New Defendant _____
                                    Magistrate Judge Case Number __04-MJ-00074-LPC__
                                    Search Warrant Case Number _____
                                    R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Sekou SILLAH__                          Juvenile  [ ] Yes  [X] No

Alias Name __Sekou Sylla__

Address __50 Hartford Street, Apt. 2, Dorchester, MA__

Birth date (Year only): __1960__  SSN (last 4 #): __0923__  Sex __M__  Race: __Black__   Nationality: __Liberian__

Defense Counsel if known: __Page Kelley, Esq.__        Address: __408 Atlantic Avenue, 3rd Fl.__
                                                                __Boston, MA 02210__
Bar Number: _____

**U.S. Attorney Information:**

AUSA __Gregory Moffatt__                                 Bar Number if applicable __559778__

Interpreter:    [ ] Yes [X] No          List language and/or dialect:    __English__

Matter to be SEALED:    [X] Yes    [ ] No

   [ ] Warrant Requested        [ ] Regular Process        [X] In Custody

**Location Status:**

Arrest Date: __Novmber 1, 2004__

[X] Already in Federal Custody as __pre-trial detainee__ in __PCCF__
[ ] Already in State Custody _____    [ ] Serving Sentence   [ ] Awaiting Trial
[ ] On Pretrial Release:  Ordered by _____ on _____

Charging Document:    [ ] Complaint    [X] Information    [ ] Indictment

Total # of Counts:    [ ] Petty _____   [ ] Misdemeanor _____   [X] Felony __2__

                  Continue on Page 2 for Entry of U.S.C. Citations

[X]   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: June 24, 2005          Signature of AUSA: _____