Waiver of Indictment

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-10161-RCL |
| ) | |
| SEKOU SILLAH, a/k/a SEKOU SYLLA ) | |

## WAIVER OF INDICTMENT

I, Sekou Sillah, the above-named defendant, who is accused of unlicensed money remitting in violation of 18 U.S.C. § 1960, being advised of the nature of the charge, the proposed information, and my rights, hereby waive in open court on August 1, 2005 prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
SEKOU SILLAH

_____
PAGE KELLEY, ESQ.
Counsel for the Defendant

Before: _____
REGINALD C. LINDSAY
United States District Judge

August 1, 2005