## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-10161-RCL |
| ) | |
| SEKOU SILLAH, ) | |
| a/k/a SEKOU SYLLA ) | |

### GOVERNMENT'S STATEMENT OF RELEVANT FACTS

From in or about March 2002, until November 1, 2004, at Boston, and elsewhere inside and outside the District of Massachusetts, SEKOU SILLAH, a/k/a SEKOU SYLLA, conducted, controlled, managed, supervised, directed, or owned, all or part of an unlicensed money transmitting business, and did transmit $1,392,167.00, more or less, during that period.

On August 18, 2003, Sekou Sillah was arrested by the Massachusetts Bay Transit Authority Police for alleged counterfeit trademark violations of compact discs ("CDs") and digital video discs ("DVDs").

Among the items seized from Defendant pursuant to this arrest was a receipt book. The seized receipt book indicates that Defendant collected approximately $5,000 from various persons on the day of his arrest. Analysis of the contents of the receipt book indicated that Sekou Sillah was acting as a money remitter. It has been determined through the Massachusetts State Banking Commission that Sekou Sillah is not a licensed money remitter in the Commonwealth of Massachusetts. Below is a

sample layout from receipts in the book seized from Sillah.

SOGUICOFI
TEL: (212) 481-5332 (212) 213-0833

Centre Commercial Koumy
Boutique # R2 Cote BICIGUI
Tel: 224 46 55 93 / Fax: 224 46 31 19

| Date: 08/18/03 | | Receipt Number BOS 08/18 | |
|---|---|---|---|
| Sender's Name | Telephone No. | | Address |
| ALPHA OUMOU BAH | | | |

| Beneficiary Name | Telephone No. | | Address | |
|---|---|---|---|---|
| FATOUMATA D. BAH | MAMADY DIARRA | | | |
| Amount in $US | Exchange Rate | Amount in G.F. | Flat Fees | Other Charges |
| 100 | | | 8 | |

Agent Signature: _____    Date: 08-18-03

SOGUICOFI
TEL: (212) 481-5332 / (212) 213-0833

Centre Commercial Koumy
Boutique # R2 Cote BICIGUI
Tel: 224 46 55 93/Fax: 224 46 31 19

| Date: 08/18/03 | | Receipt Number BOS 08/19 | |
|---|---|---|---|
| Sender's Name | Telephone No. | | Address |
| BOUMTOURABY SAMOURA | | | |

| Beneficiary Name | Telephone No. | | Address | |
|---|---|---|---|---|
| AMINATA CAMARA | | | | |
| Amount in $US | Exchange Rate | Amount in G.F. | Flat Fees | Other Charges |
| 100 | | | 8 | |

Agent Signature: _____    Date: 08 - 18 - 03

|          |          |          |          |
|----------|----------|----------|----------|
| SOGUICOFI<br>TEL: (212) 481-5332 / (212) 213-0833 | | Centre Commercial Koumy<br>Boutique # R2 Cote BICIGUI<br>Tel: 224 46 55 93/Fax: 224 46 31 19 | |
| Date: 08/18/03 | | Receipt Number BOS 08/20 | |
| Sender's Name | Telephone No. | | Address |
| SAMOUSY KALLE | | | |

| Beneficiary Name | Telephone No. | | Address | |
|------------------|---------------|---|---------|---|
| DIAROU CHERIF    |               |   |         |   |
| Amount in $US | Exchange Rate | Amount in G.F. | Flat Fees | Other Charges |
| 400 | | | 32 | |

Agent Signature: _____    Date: 08-18-03

On January 7, 2004, a trash intercept was conducted at 50 Hartford Street, Dorchester, Massachusetts (hereinafter "50 Hartford Street"). Sekou Sillah's home is located at 50 Hartford Street, Apartment 2. Investigators discovered a faxed page, written in French. The facsimile was transmitted from telephone number 212-685-2961. A business card for a company named Global Business Consortium in New York lists this number as it's fax number. The heading on this fax reads as follows:

> **"VERSEMENT: (S. SYLLA) BOSTON**
> **POUR LA PERIODE DU 11/1/2003 AU 12/5/2003"**

This translates in substance to "payment: S. Sylla, Boston for the period of 11/1/03 to 12/5/03." Directly below this header is a chart listing dates, names, amounts, and comments. The dates listed range from November 7, 2003 to December 1, 2003. The bottom of the chart lists the "total versement periode" (this

translates in substance to "total payment period") of $113,733.47 with a balance of $17,948.18. Below is a layout of the aforementioned facsimile:

**VERSEMENT: (S.SYLLA) BOSTON**
**Pour la periode du 11/1/2003 au 12/5/2003**

| Date | Gerant | Montant verse | Commentaires |
|---|---|---|---|
| 11/7/2003 | BARRY IBRAHIMA | 500.00 | PAYMENT DG-1101 |
| 11/10/2003 | BALDE ALIMOU | 41,071.00 | #263471 |
| 11/13/2003 | BALDE ALIMOU | 1,725.00 | CANC. BOS-11073 |
| 11/13/2003 | BALDE ALIMOU | 324.00 | CANC. BOS-10220 |
| 11/13/2003 | BALDE ALIMOU | 432.00 | CANCEL BOS-10221 |
| 11/14/2003 | BALDE ALIMOU | 432.00 | CANC. BF-11002 |
| 11/14/2003 | BARRY IBRAHIMA | -1,700.00 | PAID TO ADAMA TOURE ID#216 148 465 |
| 11/22/2003 | BALDE ALIMOU | 45,200.00 | #263500 |
| 11/28/2003 | BARRY IBRAHIMA | 11,500.00 | PAYMENT #263507 |
| 11/29/2003 | BALDE ALIMOU | 2,249.47 | COMM. NOV |
| 12/1/2003 | BARRY IBRAHIMA | 2,000.00 | DG-1134 |
| 12/1/2003 | BARRY IBRAHIMA | 10,000.00 | PAY #263513 |

Total versement Periode  $:  113,733.47
              Balance  $:   17,948.18

A la date: 12/5/2003 Heure 5:26:39 PM.
    (The indication of the hour is not completely legible but is believed to read "5.")

Investigators also discovered several pieces of paper with handwritten names and what appear to be transaction numbers and amounts, consistent with money remitting. A sample of the numbers, names and figures handwritten on articles found in the trash intercept are displayed below. Due to the fact that these are handwritten notes, the names were difficult to interpret:

```
12024       Alban Amada Ba          300
12025       C F Bintou Katta        200
12027       Mari Tejan Boaly Ymyrou 100
12026       Aramatu Kalloh
            Aboup Bangoura          600
```

On February 4, 2004, a trash intercept was conducted at 50 Hartford Street. Investigators discovered reconciliation sheets with columns for "date, transaction description, tras. amoun, trans int., Amt Rec. NY, Int. to Ducor, and Today Balance." These reconciliation sheets are consistent with money remitting and appear to have been faxed from a telephone number in New York. Handwritten notes on these sheets read "Sekou please send this am[oun]t," "if possible please send this amou[n]t to Kotimex. If not please sen[d] page 1 of first week." A typewritten note on one of these sheets reads "Please send this amount d[i]f[fer]ently in another envelop[e] $2,347.52."

A sample portion of the reconciliation sheets found during the trash intercept is displayed below:

Reconciliation Sheet[1]
July

| Date | Transaction Description | Tras. Amoun | Trans. Int | Amt Rec NY | Int to Ducor | Today Balance |
|---|---|---|---|---|---|---|
| 08/07/02 | BOS-8033 | 300.00 | 24.00 | | 7.92 | 10,133.47 |
| 08/07/02 | Cash for Abidjian | 500.00 | | | - | 10,633.47 |
| 08/08/02 | BOS-8034 | 600.00 | 48.00 | | 15.84 | 11,281.47 |
| 08/08/02 | BOS-8035 | 1,700.00 | 136.00 | | 44.88 | 13,117.47 |
| 08/08/02 | BOS-8036 | 200.00 | 16.00 | | 5.28 | 13,333.47 |
| 08/08/02 | BOS-8037 | 100.00 | 8.00 | | 2.64 | 13,441.47 |
| 08/08/02 | BOS-8038 | 100.00 | 8.00 | | 2.64 | 13,549.47 |
| 08/08/02 | BOS-8039 | 200.00 | 16.00 | | 5.28 | 13,765.47 |
| 08/08/02 | BOS-8040 | 100.00 | 8.00 | | 2.64 | 13,873.47 |
| 08/08/02 | BOS-8041 | 200.00 | 16.00 | | 5.28 | 14,089.47 |
| 08/08/02 | Sent to Kotimex Int'l | | | 16,000.00 | -- | (1,910.53) |
| 08/08/02 | BOS-8042 | 800.00 | 64.00 | | 21.12 | (1,046.53) |

---

[1] Although the header on the first of four reconciliation sheets reads "July," all the transactions appear to have occurred in August 2002. The twelve transactions depicted here were taken, in order, from approximately 150 such transactions.

An entry dated August 31, 2002 indicates that another $15,000.00 was transferred to Kotimex on that day. On the same day, there is an entry indicating that $1,232.00 was "Interest to Sekou."

22. Investigators also discovered a sheet of paper bearing two receipts similar to those receipts seized from Sekou Sillah as a result of his August 18, 2003 arrest. An example of these receipts are detailed below:

From: Guinea International Inc
1225 Broadway Room 808
New York, NY 10001
Tel: 212-213-0833
Fax: 212-213-2330

BARRY & BROTHERS
Centre Commercial Koumy
Dixinn Gare, Boutique # R2
A Cote de la Nouvelle Agence de BICIGUI
Tel: 224-46-55-93    Fax: 224-46-31-19

| Date: __/__/__ | | Receipt Number  BOS 7001 | |
|---|---|---|---|
| Sender's Name | Telephone No. | | Address |
| BEN FOFANNA | | | |

| Beneficiary Name | Telephone No. | | Address |
|---|---|---|---|
| SEKOU CAMARO FOFANNA | | | |
| Amount in $US | Exchange Rate | Amount in G.F. | Flat Fees | Other Charges |
| 2400 | --------- | --------- | 90 | --------------- |

Agent Signature: (SIGNATURE)    Date: 7/10/001

From: Guinea International Inc
1225 Broadway Room 808
New York, NY 10001
Tel: 212-213-0833
Fax: 212-213-2330

BARRY & BROTHERS
Centre Commercial Koumy
Dixinn Gare, Boutique # R2
A Cote de la Nouvelle Agence de BICIGUI
Tel: 224-46-55-93    Fax: 224-46-31-19

| Date: __/__/__ | | Receipt Number:  OAU - 6096 | |
|---|---|---|---|
| Sender's Name | Telephone No. | | Address |
| SEKOU SYLLA | | | 617-442-7932 |

| Beneficiary Name | Telephone No. | | Address |
|---|---|---|---|
| SEKOU OUMAR FOFANNE | | | |
| Amount in $US | Exchange Rate | Amount in G.F. | Flat Fees | Other Charges |
| 3400 | --------- | --------- | 100 | --------------- |

Agent Signature: (SIGNATURE)    Date: 6/16/01

Investigators also discovered spreadsheets, both handwritten and typewritten, listing consecutive receipt numbers with names, amounts and fees for January 3 & 20, 2004. The typewritten sheet has the name "S. Sylla-Boston" on the top, along with the amounts $20,700 and $1,590 in fees for one day. These spreadsheets are consistent with money remitting. A sample of each spreadsheet discovered follows:

*REPRESENTANT: (S. SYLLA) BOSTON*
*Pour la periode du 1/3/2004 au 1/3/2004*

| Date | position | Expediteur | Destinataire | M T $ | Fees |
|---|---|---|---|---|---|
| *Fax: 129* | | | | 20,700.00 | 1,590.00 |
| CONAKRY | | | | 20,600.00 | 1,580.00 |
| 03-Jan-04 | BOS-01001 | BANGALI CAMARA | MAMADY KOUYATE | 300.00 | 24.00 |
| 03-Jan-04 | BOS-01002 | AISATOU TUTU SHERIF | HADJA HAFISATU SHERIF | 300.00 | 24.00 |
| 03-Jan-04 | BOS-01014 | AISHA KABA | KEFIN KABA | 200.00 | 16.00 |
| 03-Jan-04 | BOS-01015 | BINTA BOOM | GUITA BOOM | 50.00 | 8.00 |
| 03-Jan-04 | BOS-01016 | BINTA BOOM | AMADOU BOOM | 200.00 | 16.00 |
| 03-Jan-04 | BOS-01026 | ABDULAYE SYLLA | EL-AMADOU S LY | 10,000.00 | 700.00 |
| 03-Jan-04 | BOS-01027 | NATOMA SANO | ALHOUSENE SHERIF | 2000.00 | 160.00 |
| 03-Jan-04 | BOS-01028 | MOHAMED TRAORE | ADAMA SACKO | 50.00 | 8.00 |

And (handwritten)

| | | | | | |
|---|---|---|---|---|---|
| 01-20-04 | BOS 01171 | KADIATOU DIALLO | AISSATOU DIALLO | 500 | 40 |
| | BOS 01172 | FATOUMATA DIALLO | AISSATA BAH | 100 | 8 |
| | BOS 01173 | HAWA BARRY | KADIATOU BARRY | 300 | 24 |
| | BOS 01174 | | | | 32 |
| | BOS 01175 | ADAMA FALL | MARY FALL | 100 | 8 |
| | BOS 01176 | | | | |
| | BOS 01177 | | | | |
| | BOS 01178 | | | | |
| | BOS 01179 | | | | |
| | BOS | | | | |

Agent Signature: _____ (Signature illegible))_____  Date: 01/20/2004

In addition, investigators discovered several notes and receipts with names and amounts, also consistent with money remitting. The address on at least two of these receipts is for a company at 1225 Broadway, Room 808, New York, NY. Investigators also discovered a business card for OAU International, 1225 Broadway, Room 801, New York, New York. Investigators also discovered a page printed from Yahoo mail for the screen name sillah44@yahoo.com. This document, dated April 22, 2002, lists reference numbers, amounts (totaling $16,650) and interest (totaling $1,216). Investigators also discovered two pages from a spiral notebook listing inventory of CDs with prices and dates.

On February 19, 2004, a trash intercept was conducted at 50 Hartford Street. Investigators found two handwritten pages containing reference numbers, names and amounts, indicating money remitting.

On March 10, 2004, a trash intercept was conducted at 50 Hartford Street. Investigators discovered numerous notes with names and amounts, consistent with money remitting.

On March 24, 2004, a trash intercept was conducted at 50 Hartford Street. Investigators discovered numerous notes with names and dollar amounts, consistent with money remitting. to

On May 14, 2004 at approximately 10:30 p.m., the Massachusetts State Police conducted a traffic stop (for

speeding) on a rental vehicle Sekou Sillah was driving as he returned to Massachusetts from New York. The Massachusetts State Police conducted a consent search of the trunk of the vehicle. During the search of the trunk, a State Trooper discovered numerous alleged counterfeit CDs/DVDs. The State Trooper subsequently arrested Sekou Sillah and seized the merchandise.

On May 26, 2004, a trash intercept was conducted at 50 Hartford Street. Investigators discovered a document, written in French, with the following heading:

"Versement: (S. Sylla) Boston-Pour la periode du 4/1/2004 au 5/4/2004"

This translates in substance to "payment: S. Sylla, Boston for the period of 4/1/2004 to 5/4/2004." Directly below this header is a chart listing dates, names, amounts, and comments. The dates listed range from April 5, 2004 to April 30, 2004. The bottom of the chart lists the "Total versement periode" (this translates in substance to "total payment period") of $80,745.24 with a balance of $40,940.86. Below is a layout of the aforementioned document written in French Some amounts on the document were not completely legible:

VERSEMENT: (S.SYLLA) BOSTON
Pour la periode du 4/1/2004 au 5/4/2004

| Date | Gerant | Montant verse | Commentaires |
|---|---|---|---|
| 4/5/2004 | BALDE ALIMOU | 1,080.00 | #475046 |
| 4/5/2004 | BALDE ALIMOU | 15,920.00 | #475043 |
| 4/6/2004 | BAH HABIB | 185.00 | CANC. BF-02007 |
| 4/10/2004 | BALDE ALIMOU | 330.00 | BF-04005 |
| 4/12/2004 | BARRY IBRAHIMA | 23,000.00 | PAY #475069 |
| 4/17/2004 | BARRY IBRAHIMA | 600.00 | PAY #475086 |
| 4/22/2004 | BALDE ALIMOU | 33,700.00 | #475099 |
| 4/23/2004 | BALDE ALIMOU | 1,800.00 | #475103 |
| 4/23/2004 | BALDE ALIMOU | 200.00 | CK-427 |
| 4/28/2004 | BALDE ALIMOU | 165.00 | #475116 |
| 4/29/2004 | BALDE ALIMOU | 1,512.00 | #475108 |
| 4/30/2004 | BALDE ALIMOU | 2,253.24 | COMM. AVRIL |

Total versement Periode $: 80,745.24
Balance $: 40,940.86
A la date: 5/4/2004 Heure 6:15:00 PM

Investigators also discovered a spreadsheet listing receipt numbers, names, amounts, and fees for May 12, 2004, as well as several pieces of paper with handwritten names, numbers, and amounts, consistent with money remitting.

On June 16, 2004, a trash intercept was conducted at 50 Hartford Street. Investigators discovered a spreadsheet listing receipt numbers, names, amounts, and fees for June 1, 2004, as well as several pieces of paper with handwritten names, numbers and amounts, consistent with money remitting.

On June 23, 2004, a trash intercept was conducted at 50 Hartford Street. Investigators discovered two spreadsheets listing receipt numbers, names, amounts, and fees for June 10 & 17, 2004, as well as a piece of paper with handwritten names, numbers and amounts, consistent with money remitting.

On June 30, 2004, a trash intercept was conducted at 50 Hartford Street. Investigators discovered a spreadsheet listing

receipt numbers, names, amounts and fees for a date in June 2004. The date is illegible.

On August 18, 2004, a trash intercept was conducted at 50 Hartford Street. Investigators discovered several handwritten notes in the form of a spreadsheet, listing receipt numbers, names, amounts, and fees.

On August 25, 2004, a trash intercept was conducted at 50 Hartford St. Dorchester, Massachusetts. Investigators found two pages containing reference numbers, names, and amounts consistent with money remitting. A sample of the handwritten page is detailed below:

| 08110 | BINTA BARRY | EL SADO | 50 | 8 |
|---|---|---|---|---|
| 08111 | BINTA BARRY | SALAMATA BARRY | 150 | 8 |
| 08112 | BINTA BAH | T. ABDOUL BAH | 200 | 16 |
| 08113 | FATOUMATA DIALLO | AISSATA BAH BAH | 250 | 24 |
| 08114 | MAMADOU ALPHA BAH | SOULEMANE BAH | 150 | 16 |
| 08115 | GASTON SYLLA | FOULEMATOU SOUMAH | 800 | 64 |

On September 9, 2004, a trash intercept was conducted at 50 Hartford St. Dorchester, Massachusetts. Investigators discovered handwritten documents containing reference numbers, names, and amounts, consistent with money remittance ledgers. A sample of the handwritten pages is detailed below:

| 09036 | Soulemane Bah | Bah Ibrahima | 500 | 40 |
|---|---|---|---|---|
| 09037 | El Mohamed Bah | Fatoumata Bah | 100 | 8 |
| 09038 | Fatou Barry | Mamadou K. Barry | 100 | 8 |
| 09039 | Mama Cisse | Mohamed Cisse | 300 | 24 |
| 09040 | Sekou Camara | Momokie M. Camara | 50 | 8 |

42. On September 22, 2004, a trash intercept was conducted at 50 Hartford St. Dorchester, Massachusetts. Investigators

discovered a piece of paper with handwritten names and amounts consistent with money remittance. An example of the handwritten notations is detailed below:

| 09130 | Mohamed Doumbouya | Aboubacar Doumbouya | 200 | |
|---|---|---|---|---|
| 09131 | Alpha Camara | Sekou Camara | | |

On October 6, 2004, a trash intercept was conducted at 50 Hartford St. Dorchester, Massachusetts. Investigators discovered handwritten documents containing reference numbers, names, and amounts, consistent with money remittance ledgers. A sample of the handwritten ledgers is detailed below:

| 09274 | Matoma Sano | Ghalen Soure | 3000 | 240 |
|---|---|---|---|---|
| 09275 | Foulematou Camara | Ibrahima Camara | 1000 | 80 |
| 09276 | Ibrahima Barry | Aisata Bah | 700 | 56 |
| 09277 | Ganrake Balde | Mamadou A. Balde | 300 | 24 |
| 09278 | Habib Thiam | Mamadou J. Thiam | 500 | 40 |

On October 27, 2004, a trash intercept was conducted at 50 Hartford St. Dorchester, Massachusetts. Investigators discovered handwritten notes containing reference numbers, names, and amounts, consistent with money remitting. Several of these pages are torn apart, making an exact recreation of the notes difficult, but they are consistent with the earlier handwritten notes described above.

In total, records obtained from Defendant in the above-referenced trash interceptions, his August 18, 2003 arrest, and his arrest and search of his apartment in this matter, indicate

that from March 2002 until November 1, 2004, Defendant transmitted $1,392,167.00, more or less, as an unlicensed money remitter.

                                              Respectfully submitted,

                                              MICHAEL J. SULLIVAN
                                              United States Attorney

                              By: _____
                                              GREGORY MOFFATT
                                              Assistant U.S. Attorney
                                              617-748-3370

August 1, 2005