AO 442   (Rev. 10/03) Warrant for Arrest

954267

# UNITED STATES DISTRICT COURT

_____ District of _____

FILED
IN CLERKS OFFICE
2006 APR 18 P 2:58
U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA

V.

Sekou Sillah

**WARRANT FOR ARREST**

Case Number: 1:05-cr-10161 RCL

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Sekou Sillah_____
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

in violation of Title _____ United States Code, Section(s) _____

| Steve York | (signature) |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 4/10/2006   Boston |
| Title of Issuing Officer | Date   Location |

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ICE OFFICE JFK BUILDING

| DATE RECEIVED: 4/12/06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST: 4/12/06 | A. Lanlor, DUSM | (signature) |