

## Department of the Treasury
*Federal Law Enforcement Agencies*
### PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CA No. 05-10161-RCL |
|---|---|
| DEFENDANT(S)<br>Sekou Sillah, a/k/a Sekou Sylla | TYPE OF PROCESS<br>Preliminary Order of Forfeiture |

| SERVE AT | Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize:<br>PUBLICATION |
|---|---|
| | Address (Street or RFD / Apt. # / City, State, and Zip Code) |

| Send NOTICE OF SERVICE copy to Requester:<br><br>KRISTINA E. BARCLAY, ASSISTANT U.S. ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210 | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please publish the attached Notice of Order of Forfeiture at least once for three (3) successive weeks in the Boston Herald or any other newspaper of general circulation in the District of Massachusetts, in accordance with the attached Preliminary Order of Forfeiture and applicable law.  KAB ext.3294

| Signature of Attorney or other Originator requesting service on behalf of | [ X ]Plaintiff<br>[  ]Defendant | Telephone No.<br>(617) 748-3100 | Date<br>January 26, 2006 |
|---|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service<br>Please see Remarks | Time of Service | [ ] AM<br>[ ] PM |
| | Signature, Title and Treasury Agency<br>Stephen P. Leonard, Forfeitures Officer, U.S. CBP | | |

REMARKS: The above described Notice of Order of Forfeiture was published as directed above.
Published in the Boston Herald on Feb. 16, 23 and March 2, 2006. Copy of

TD F 90-22.48 (6/96)            Publisher's Certificate is attached.

☐ RETURN TO COURT    ☐ FOR CASE FILE    ☐ LEAVE AT PLACE OF SERVICE    ☐ FILE COPY

# PUBLISHER'S CERTIFI[CATE]

Commonwealth of Massachusetts } ss.
County of Suffolk

On this __16th__ day of __April__

personally appeared before the undersigned, a Notary Public, w[ithin and for]

the said county, __Barbara Lundbohm__

of the __Boston Herald__ a newspap[er published by]
Boston Herald, Inc., in Boston, County of Suffolk, in the Com[monwealth of]
Massachusetts, and who being duly sworn, states on oath that t[he attached]

__Notice of Order of Forfeiture Criminal # 05-10161-RCL__
was published in said newspaper in its issues of

__Feb 16, 23, Mar 2__

Subscribed and sworn to before me this __6th__

day of __April__ A.D. 20 __06__

_Shirley A. [signature]_

_My Commiss[ion expires]_

_August_

---

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS, ss.
**NOTICE OF ORDER OF FORFEITURE**
Criminal No. 05-10161-RCL.

United States of America, District of Massachusetts, at Boston, Massachusetts, January 20, 2006.

Notice is hereby given that a Preliminary Order of Forfeiture has been entered in the United States District Court against the interests of Defendant Sekou Sillah, a/k/a Sekou Sylla, in the following property, pursuant to Title 21, United States Code, Section 853, as incorporated by 18 U.S.C. s982(b) (1):

(1) Two money orders with a total face value of $674.00 more particularly described as United States Postal Money Order No. 07599259980, in the amount of $400.00, and United States Postal Money Order No. 9231658728b, in the amount of $274.00;

(2) $37,625.00 in United States currency; and

(3) 105 counterfeit and pirated CDs and 35 counterfeit and pirated DVDs,

(collectively, the "Forfeitable Property").

Upon adjudication of all third party interests, the United States of America intends to dispose of the Forfeitable Property in accordance with the law.

Pursuant to 21 U.S.C. s853(n) (1), as incorporated by 18 U.S.C. s982(b) (1), the United States shall publish, at least once for three successive weeks in a newspaper of general circulation in the District of Massachusetts, notice of this Order and of the United States' intent to dispose of the Forfeitable Property in such manner as the Attorney General, or his authorized representatives, may direct.

Pursuant to 21 U.S.C. s853(n), a incorporated by 18 U.S.C. s982(b) (1), the United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the Forfeitable Property that are the subject of this Order of Forfeiture as a substitute for published notice as to those persons so notified.

Pursuant to 21 U.S.C. s853(n) (2) and (3), as incorporated by 18 U.S.C. s982(b) (1), the notice referred to above shall state: (a) that any person, other than the Defendant, asserting a legal interest in the Forfeitable Property, shall within thirty (30) days of the final publication of the notice or that person's receipt of direct written notice, whichever is earlier, file a petition with the United States District Court in Boston, Massachusetts, requesting a hearing to adjudicate the validity of his or her interest in the Forfeitable Property; and (b) that the petition shall be signed by the petitioner under the penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the Forfeitable Property, the time and circumstances of the petitioner's acquisition of the right, title or interest in the Forfeitable Property, any additional facts supporting the petitioner's claim, and the relief sought.

Pursuant to 21 U.S.C. s853(n) (7), as incorporated by 18 U.S.C. s982(b) (1), following the Court's disposition of all petitions filed under this subsection, or if no such petitions are filed following the expiration of the period provided in 21 U.S.C. s853(n) (2), as incorporated by 18 U.S.C. s982(b) (1), for the filing of such petitions, the United States of America shall have clear title to the Forfeitable Property.

The petition must be filed with the United States District Court for the District of Massachusetts and served upon the United States Attorney's Office, Asset Forfeiture Unit, 1 Courthouse Way, Suite 9200, Boston, Massachusetts 02210, within the thirty (30) day period provided under 21 U.S.C. s853(n), as incorporated by 18 U.S.C. s982(b) (1). The petition shall be signed by the petitioner under the pains and penalties of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited Forfeitable Property, the time and circumstances of the petitioner's acquisition of the right, title, or interest in the Forfeitable Property, any additional facts supporting the Petitioner's claim, and the relief sought. Upon adjudication of all third party interests, the Court will enter a Final Order of Forfeiture, pursuant to 21 U.S.C. s853, as incorporated by 18 U.S.C. s982(b) (1), in which all such interests will be addressed.

PORT DIRECTOR UNITED STATES DEPARTMENT OF HOMELAND SECURITY
BUREAU OF CUSTOMS AND BORDER PROTECTION
DISTRICT OF MASSACHUSETTS
Ref 20050401-000024-01

Feb 16, 23, Mar 2

# PUBLISHER'S CERTIFICATE

Commonwealth of Massachusetts } ss.
County of Suffolk

On this 6th day of April A.D. 20 06 personally appeared before the undersigned, a Notary Public, within and for the said county, Barbara Lundbohm

of the Boston Herald a newspaper published by Boston Herald, Inc., in Boston, County of Suffolk, in the Commonwealth of Massachusetts, and who being duly sworn, states on oath that the

Notice of Order of Forfeiture Criminal # 05-10161-RCL advertisement was published in said newspaper in its issues of

Feb 16, 23, Mar 2 A.D. 20 06

_Barbara Lundbohm_

Subscribed and sworn to before me this 6th

day of April A.D. 20 06

_Shirley A. Solop_
Notary Public

My Commission Expires
August 10, 2012