UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-10161-RCL |
| ) | |
| SEKOU SILLAH, ) | |
| a/k/a SEKOU SYLLA, ) | |
| Defendant. ) | |
| ) | |

**UNITED STATES' MOTION
FOR FINAL ORDER OF FORFEITURE**

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully moves this Court issue a Final Order of Forfeiture in the above-captioned case, pursuant to 18 U.S.C. § 982 (b) incorporating 21 U.S.C. § 853. A proposed Final Order of Forfeiture is submitted herewith. In support thereof, the United States sets forth the following:

1. On June 24, 2005, the United States Attorney filed a one-count Information charging Sekou Sillah, a/k/a Sekou Sylla (the "Defendant"), with unlicensed money remitting, in violation of 18 U.S.C. § 1960 (Count One).

2. The Information sought the forfeiture, as a result of committing the offense alleged in Count One of the Information, of any property, real or personal, involved in the offense in violation of 18 U.S.C. § 1960 charged in Count One of the Information, and any property traceable to such property, pursuant to 18 U.S.C. § 982(a)(1). Such property includes, but

1

is not limited to:

    (1)   Two money orders with a total face value of $674.00[1];

    (2)   $38,299.00 in United States currency[2]; and

    (3)   1075 counterfeit and pirated CDs and DVDs, more or less[3],

(collectively, the "Forfeitable Property").

    3.   On August 1, 2005, the Defendant pled guilty to Count One of the Information and agreed to forfeit the Forfeitable Property pursuant to a plea agreement the Defendant signed on July 26, 2005.

    4.   On January 20, 2006, this Court issued a Preliminary Order of Forfeiture, forfeiting the Defendant's interest in the Forfeitable Property.

    5.   Notice of the Preliminary Order of Forfeiture was served on all interested parties and published in the Boston Herald on February 16, 2006, February 23, 2006, and March 2, 2006.

    6.   No claims of interest in the Forfeitable Property have been filed with the Court or served on the U.S. Attorney's Office

---

[1] The money orders are more particularly described as United States Postal Money Order No. 07599259980, in the amount of $400.00, and United States Postal Money Order No. 92316587286, in the amount of $274.00.

[2] The actual amount of forfeitable currency was later determined to be $37,625.00 in United States currency.

[3] The actual number of counterfeit and pirated CD's in the custody of the United States is 105, and the actual number of counterfeit and pirated DVDs in the custody of the United States is 35.

and the time within which to do so expired on April 1, 2006.

WHEREFORE, the United States respectfully moves that this Court enter a Final Order of Forfeiture against the Forfeitable Property in the form submitted herewith.

                                          Respectfully submitted,

                                          MICHAEL J. SULLIVAN
                                          United States Attorney,

                                          /s/Kristina E. Barclay
                                          KRISTINA E. BARCLAY
                                          Assistant U.S. Attorney
                                          United States Courthouse
                                          Suite 9200
                                          1 Courthouse Way
                                          Boston, MA 02210
                                          (617)748-3100

Date: October 24, 2006

**CERTIFICATE OF SERVICE**

I, Kristina E. Barclay, Assistant U.S. Attorney, hereby certify that the foregoing Motion for Final Order of Forfeiture, as well as the proposed Final Order of Forfeiture, were filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                          /s/Kristina E. Barclay
                                          KRISTINA E. BARCLAY
                                          Assistant U.S. Attorney

Dated: October 24, 2006

```
                  UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )
          v.                    )   Criminal No. 05-10161-RCL
                                )
SEKOU SILLAH,                   )
a/k/a SEKOU SYLLA,              )
          Defendant.            )
```

**FINAL ORDER OF FORFEITURE**

**LINDSAY, D.J.**

WHEREAS, on June 24, 2005, the United States Attorney filed a one-count Information charging Sekou Sillah, a/k/a Sekou Sylla (the "Defendant"), with unlicensed money remitting, in violation of 18 U.S.C. § 1960 (Count One);

WHEREAS, the Information sought the forfeiture, as a result of committing the offense alleged in Count One of the Information, of any property, real or personal, involved in the offense in violation of 18 U.S.C. § 1960 charged in Count One of the Information, and any property traceable to such property, pursuant to 18 U.S.C. § 982(a)(1) and 28 U.S.C. § 2461, including without limitation:

(1)  Two money orders with a total face value of $674.00[1];

---

[1] The money orders are more particularly described as United States Postal Money Order No. 07599259980, in the amount of $400.00, and United States Postal Money Order No. 92316587286, in the amount of $274.00.

    (2)    $38,299.00 in United States currency[2]; and

    (3)    1075 counterfeit and pirated CDs and DVDs, more or less[3],

(collectively, the "Forfeitable Property");

WHEREAS, on August 1, 2005, the Defendant pled guilty to Count One of the Information and agreed to forfeit the Forfeitable Property pursuant to a plea agreement the Defendant signed on July 26, 2005;

WHEREAS, on January 20, 2006, this Court issued a Preliminary Order of Forfeiture, forfeiting the Defendant's interest in the Forfeitable Property;

WHEREAS, notice of the Preliminary Order of Forfeiture was served on all interested parties and published in the <u>Boston Herald</u> on February 16, 2006, February 23, 2006, and March 2, 2006; and

WHEREAS, no petitions or claims of interest in the Forfeited Property have been filed with the Court or served on the U.S. Attorney's Office and the time within which to do so expired on April 1, 2006.

---

[2] The actual amount of forfeitable currency was later determined to be $37,625.00 in United States currency.

[3] The actual number of counterfeit and pirated CD's in the custody of the United States is 105, and the actual number of counterfeit and pirated DVDs in the custody of the United States is 35.

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, and DECREED:

1. The United States' Motion for a Final Order of Forfeiture is allowed.

2. The United States of America is now entitled to the forfeiture of all right, title, or interest in the Forfeitable Property, and the Forfeitable Property is hereby forfeited to the United States of America pursuant to the provisions of 21 U.S.C. § 853, incorporated by 18 U.S.C. § 982(b).

3. Any parties having any right, title or interest in the Properties are hereby held in default.

4. The United States is hereby authorized to dispose of the Forfeitable Property in accordance with applicable law.

                                                    REGINALD C. LINDSAY
                                                    United States District Judge

Date: