UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 05-10161-RCL |
| | ) | |
| SEKOU SILLAH, | ) | |
| a/k/a SEKOU SYLLA, | ) | |
| Defendant. | ) | |

## FINAL ORDER OF FORFEITURE

**LINDSAY, D.J.**

WHEREAS, on June 24, 2005, the United States Attorney filed a one-count Information charging Sekou Sillah, a/k/a Sekou Sylla (the "Defendant"), with unlicensed money remitting, in violation of 18 U.S.C. § 1960 (Count One);

WHEREAS, the Information sought the forfeiture, as a result of committing the offense alleged in Count One of the Information, of any property, real or personal, involved in the offense in violation of 18 U.S.C. § 1960 charged in Count One of the Information, and any property traceable to such property, pursuant to 18 U.S.C. § 982(a)(1) and 28 U.S.C. § 2461, including without limitation:

(1)   Two money orders with a total face value of $674.00[1];

---

[1] The money orders are more particularly described as United States Postal Money Order No. 07599259980, in the amount of $400.00, and United States Postal Money Order No. 92316587286, in the amount of $274.00.

1

    (2)    $38,299.00 in United States currency[2]; and

    (3)    1075 counterfeit and pirated CDs and DVDs, more or less[3],

(collectively, the "Forfeitable Property");

WHEREAS, on August 1, 2005, the Defendant pled guilty to Count One of the Information and agreed to forfeit the Forfeitable Property pursuant to a plea agreement the Defendant signed on July 26, 2005;

WHEREAS, on January 20, 2006, this Court issued a Preliminary Order of Forfeiture, forfeiting the Defendant's interest in the Forfeitable Property;

WHEREAS, notice of the Preliminary Order of Forfeiture was served on all interested parties and published in the Boston Herald on February 16, 2006, February 23, 2006, and March 2, 2006; and

WHEREAS, no petitions or claims of interest in the Forfeited Property have been filed with the Court or served on the U.S. Attorney's Office and the time within which to do so expired on April 1, 2006.

---

[2] The actual amount of forfeitable currency was later determined to be $37,625.00 in United States currency.

[3] The actual number of counterfeit and pirated CD's in the custody of the United States is 105, and the actual number of counterfeit and pirated DVDs in the custody of the United States is 35.

2

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, and DECREED:

1.    The United States' Motion for a Final Order of Forfeiture is allowed.

2.    The United States of America is now entitled to the forfeiture of all right, title, or interest in the Forfeitable Property, and the Forfeitable Property is hereby forfeited to the United States of America pursuant to the provisions of 21 U.S.C. § 853, incorporated by 18 U.S.C. § 982(b).

3.    Any parties having any right, title or interest in the Properties are hereby held in default.

4.    The United States is hereby authorized to dispose of the Forfeitable Property in accordance with applicable law.

Date: Nov 16. 2006

REGINALD C. LINDSAY
United States District Judge

3